06-CR-91 (SLT)

United States District Court
Easter District of New York.
United States District Joudge

Judge Sandra Towns

Dear Judge:

I hope my letter find you well. This letter is to inform you that i like to take your aduaise and change my Attorney

Tank you for reading my letter

very truly yours

Rosero Adolfo.  M.D.C. Brooklyn
#658 56 053
100-29 street Brooklyn N.Y. 11232
P O Box 329002

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 09 2012 ★
BROOKLYN OFFICE