TRULINCS 65856053 - ROSERO, ADOLFO ERUZO - Unit: BRO-I-C

----------------------------------------------------------------------

FROM: 65856053
TO:
SUBJECT:
DATE: 10/26/2013 08:29:51 PM

Honorable Sandra L. Townes
    Eastern District Of New York
    225 Cadman Plaza East
    Brooklyn, New York 11201

                Re: Attorney Oliver S. Storch
                    Suite 1001, 305 Broadway,
                    New York,
                    New York, 10007

*To Whom it may concern,*

I Adolfo Erazo Rosero am an inmate at the Metropolitan Detention Center, Brooklyn, New York and several months ago retained First Judicial Department Attorney Oliver S. Storch, to represent me and federal case.

Mr. Storch demanded a fee of $100,000 and was paid an initial retainer of $18,900, to which there were no court appearances held, no legal motions nor letters filed nor sent, a brief initial conversation prior to retention and no discovery nor legal material reviewed.

Mr. Storch was wholly unprofessional incompetent, belligerent and used extreme profanity at and toward me and my family when we queried him. He refused to do any work whatsoever on my file or provide me with a written retainer nor even consult with me until being paid in full, which was completely dichotomous to his oral representation made to both me and my loved ones.

His unprofessional apathy and foul mouth brings grave and substantial discredit to your profession. He must be disciplined immediately and compelled to refund all retainer monies paid to him. His attitude and demeanour is grossly ineffective and unbecoming of a professional attorney.

I seek redress through your agency.

Please contact me.

Very Truly Yours,

*[signature]*

Adolfo Erazo Rosero

cc:  New York State Bar Association Fee Dispute Commitee
     Supreme Court Appellate Division, First Judicial Department,
     Disciplinary Commitee.
     Oliver S. Storch Esq

Rosero Adolfo Eruzo
Reg. # 65856-053
M.D.C Brooklyn.
P.O. Box 329002
Brooklyn, New York 11232

FILED
IN CLERKS OFFICE
US DISTRICT COURT E.D.N.Y.
★ NOV -5 2013 ★
BROOKLYN OFFICE

Honorable, Sandra. L. Townes
Eastern, District of New York
225 Cadman, Plaza East
Brooklyn, New York 11201